IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD E. GERBIG,

    Plaintiff,

v.

JERRY HERZOG,

    Defendant.

JUDGMENT IN A CIVIL CASE

10-cv-746-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed in forma pauperis and dismissing this case for lack of an arguable basis for a claim in fact or law.

_____      12/2/10
Peter Oppeneer, Clerk of Court     Date